389 A.2d 685

Commonwealth v. Townsend, Appellant.

616

Submitted June 13, 1977.
William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.